JULY 23, 2002

No. 02–5376 (02A62). CANNON v. OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this application and this petition.

JULY 29, 2002

No. 01–1500. CLAY v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 957.] David W. DeBruin, Esq., of Washington, D. C., is invited to brief and argue this case, as *amicus curiae*, in support of the judgment below.

AUGUST 5, 2002

No. D–1943. IN RE DISBARMENT OF KANTOR. Disbarment entered. [For earlier order herein, see 523 U. S. 1092.]

No. D–2288. IN RE DISBARMENT OF FRIESEN. Disbarment entered. [For earlier order herein, see 535 U. S. 902.]

No. D–2289. IN RE DISBARMENT OF TUCKER. Disbarment entered. [For earlier order herein, see 535 U. S. 902.]

No. D–2292. IN RE DISBARMENT OF ALTSCHULER. Disbarment entered. [For earlier order herein, see 535 U. S. 983.]

No. D–2293. IN RE DISBARMENT OF WILCOX. Disbarment entered. [For earlier order herein, see 535 U. S. 984.]

No. D–2294. IN RE DISBARMENT OF ELLIOTT. Disbarment entered. [For earlier order herein, see 535 U. S. 984.]

No. D–2295. IN RE DISBARMENT OF WITTENBERG. Disbarment entered. [For earlier order herein, see 535 U. S. 984.]

No. D–2296. IN RE DISBARMENT OF MAGNOTTI. Disbarment entered. [For earlier order herein, see 535 U. S. 984.]

No. D–2297. IN RE DISBARMENT OF RODRIGUEZ. Disbarment entered. [For earlier order herein, see 535 U. S. 984.]